JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L'ORÉAL USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPATZ LABORATORIES, <br><br> Defendant. | Case No. 2:16-cv-03572-AB-AS <br><br> Judge: Hon. André Birotte, Jr. <br> Courtroom: 7B <br><br> [PROPOSED] ORDER ON JOINT STIPULATION DISMISSING CASE WITH PREJUDICE |
| SPATZ LABORATORIES, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> L'ORÉAL USA, INC., and L'ORÉAL, S.A., <br><br> Counterclaim Defendant and Cross Defendant. | |

**[PROPOSED] ORDER**

WHEREAS, based upon the Stipulation of the Parties, and for good cause shown, it is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41, this action, including all claims and counterclaims asserted in this action, is hereby dismissed with prejudice;

2. Each Party is responsible for its own attorneys' fees and costs with respect to this lawsuit.

3. Per the Parties' Stipulation, the following claim constructions, as between the Parties and subject to paragraph 5 herein, apply to the following terms in U.S. Patent No. 8,025,869 ("the '869 patent") and any continuations, continuations-in-part, divisionals, reissues and reexaminations thereof (including any patent following an inter partes review or post-grant review concerning the '869 patent), and any other patent or patent application claiming priority to the '869 patent (collectively, "L'Oréal Patents"):

    "plasticizer" means "a substance which can be added to the resin to increase flexibility of the film. For example, oils, cellulose esters, phthalate esters, adipate esters, sebacate esters, tricresyl phosphate, castor oil, glycol ethers, benzyl alcohol, triethyl citrate, and propylene carbonate"; and

    "free from any non-volatile solvent or plasticizer" means "does not contain any nonvolatile solvent and does not contain any plasticizer;"

4. Under these stipulated constructions, the manufacture, use, offer for sale, sale, and import of (a) materials in or products identified in L'Oréal USA's infringement contentions, including the chemical formulations used in Kylie Matte Liquid Lip Stick products (including Kylie Cosmetics Liquid Lipstick Matte, Liquid Lipstick Velvet, Liquid Lipstick Gloss, and Liquid Lipstick Metals), ColourPop Cosmetics Ultra Matte Lip products, and (b) any other

   products that include the same or substantially similar ingredients (collectively, "Products"), do not infringe any claim of the L'Oréal '869 Patents;

5. These stipulated constructions apply to any Spatz customer with respect to Products manufactured by and purchased from Spatz, but not with relation to any other product not manufactured by and purchased from Spatz; and

6. These stipulated constructions herein apply to any Products manufactured by Spatz now or in the future.

IT IS SO ORDERED.

DATED: August 14, 2018

By: _____
Hon. André Birotte Jr.
United States District Court Judge